```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

**CATHERINE PONTIER,**

    **Movant,**

v.                        **CIVIL ACTION NO. 2:06-00041**
                             **(Criminal Action No. 2:03-00186-01)**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## MEMORANDUM OPINION AND ORDER

    By Standing Order entered on July 21, 2004, and filed in this case on January 17, 2006, this action was referred to United States Magistrate Judge Mary E. Stanley for submission of Proposed Findings and Recommendation ("PF&R").  (Doc. No. 114.)  Magistrate Judge Stanley submitted her PF&R on October 24, 2007.  (Doc. No. 150.)  In that PF&R, the magistrate judge recommended that this court deny movant's § 2255 Motion and dismiss this matter from the court's active docket.  (<u>Id.</u> at 15.)

    In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted ten days, plus three mailing days, in which to file any objections to Magistrate Judge Stanley's Findings and Recommendation.  No party has filed objections within the requisite period, and the failure of any party to file such objections constitutes a waiver of such party's right to a *de*

*novo* review by this court. Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985).

Having reviewed the PF&R filed by the magistrate judge, the court adopts the findings and recommendations contained therein. Accordingly, the court hereby **DENIES** movant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. Nos. 112, 127.); and **DISMISSES** this matter from the court's active docket.

The Clerk is directed to remove this matter from the court's active docket, and to forward a certified copy of this written Memorandum Opinion and Order to counsel of record and to the plaintiff, *pro se*.

It is **SO ORDERED** this 20th day of November, 2007.

      ENTER:

      */s/ David A. Faber*
      David A. Faber
      United States District Judge

-2-